**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| | |
|---|---|
| Case No: 05-55975   SQU   Judge: JOHN H. SQUIRES | Trustee Name: GINA B. KROL |
| Case Name: MALCOLM, DONALD JAMES | Date Filed (f) or Converted (c): 10/14/05 (f) |
| MALCOLM, GINA ANN | 341(a) Meeting Date: 01/17/06 |
| For Period Ending: 12/31/07   (3rd reporting period for this case) | Claims Bar Date: 05/19/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TAX REFUND (u) | 0.00 | 7,948.00 | | 7,948.00 | FA |
| 2. Residence | 235,000.00 | 0.00 | | 0.00 | FA |
| 3. TIME SHARE | 14,000.00 | 0.00 | | 0.00 | FA |
| 4. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 5. BANK ACCONTS | 700.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods | 900.00 | 0.00 | | 0.00 | FA |
| 7. BOOKS | 300.00 | 0.00 | | 0.00 | FA |
| 8. CLOTHES | 300.00 | 0.00 | | 0.00 | FA |
| 9. Car | 2,300.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 127.96 | Unknown |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $253,550.00 | $7,948.00 | $8,075.96 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

Ver: 12.62a

Case 05-55975   Doc 26-1   Filed 02/26/08   Entered 02/26/08 10:36:40   Desc Exhibit
Page 2 of 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | | | |
|---|---|---|---|
| Case No: | 05-55975   SQU   Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
| Case Name: | MALCOLM, DONALD JAMES | Date Filed (f) or Converted (c): | 10/14/05 (f) |
| | MALCOLM, GINA ANN | 341(a) Meeting Date: | 01/17/06 |
| | | Claims Bar Date: | 05/19/06 |

Trustee obtained turnover of tax refund. Trustee to review claims and prepare final report.

Initial Projected Date of Final Report (TFR): 12/31/07        Current Projected Date of Final Report (TFR): 12/31/08

_____   Date: _____
GINA B. KROL