UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MALCOLM, DONALD JAMES | ) | Case No. 05-55975-SQU |
| MALCOLM, GINA ANN | ) | |
| Debtor(s). | ) | Hon. CAROL A. DOYLE |

**Order Awarding Compensation And Expenses**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $1,557.92 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $1,557.92 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE