UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MALCOLM, DONALD JAMES | ) | Case No. 05-55975 |
| MALCOLM, GINA ANN | ) | |
| Debtor(s). | ) | Hon. CAROL A. DOYLE |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**
(Appendix to Rule 607)

Name of Applicant:                               Cohen & Krol

Authorized to Provide
Professional Service to:                         GINA B. KROL, Chapter 7 Trustee

Date of Order Authorizing Employment:            2/22/06
Period for Which
Compensation is Sought:

Amount of Fees Sought:                           $ 0.00

Amount of Expense
Reimbursement Sought:                            $ 0.00

This is an:                                      Final Application


The aggregated amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $


                                                 Applicant:


Date: February 14, 2008              BY: /s/ Gina B. Krol