**FORM 2**

Page:   1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 05-55975  -SQU | |
| Case Name: | MALCOLM, DONALD JAMES | |
| | MALCOLM, GINA ANN | |
| Taxpayer ID No: | *******3561 | |
| For Period Ending: | 02/26/08 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3889  Interest earning MMA Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   04/17/06 | 1 | Donald & Gina Malcom | | 1224-000 | 7,948.00 | | 7,948.00 |
| C   04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.59 | | 7,950.59 |
| C   05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.76 | | 7,957.35 |
| C   06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.54 | | 7,963.89 |
| C   07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.76 | | 7,970.65 |
| C   08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.77 | | 7,977.42 |
| C   09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.55 | | 7,983.97 |
| C   10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.79 | | 7,990.76 |
| C   11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.57 | | 7,997.33 |
| C   12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.78 | | 8,004.11 |
| C   01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.81 | | 8,010.92 |
| C   02/15/07 | 000301 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans, LA  70130 | BOND BOND | 2300-000 | | 6.18 | 8,004.74 |
| C   02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.14 | | 8,010.88 |
| C   03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.79 | | 8,017.67 |

LFORM2T4

Ver: 12.62a

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-55975 -SQU
Case Name: MALCOLM, DONALD JAMES
　　　　　MALCOLM, GINA ANN
Taxpayer ID No: *******3561
For Period Ending: 02/26/08

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3889  Interest earning MMA Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| C 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.60 | | 8,024.27 |
| C 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.82 | | 8,031.09 |
| C 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.60 | | 8,037.69 |
| C 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.83 | | 8,044.52 |
| C 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.83 | | 8,051.35 |
| C 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 5.13 | | 8,056.48 |
| C 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 5.13 | | 8,061.61 |
| C 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 4.31 | | 8,065.92 |
| C 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 3.86 | | 8,069.78 |
| C 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 3.20 | | 8,072.98 |
| C 02/11/08 | 000302 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | | 2300-000 | | 7.59 | 8,065.39 |

LFORM2T4

Ver: 12.62a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

| | | |
|---|---|---|
| Case No: | 05-55975  -SQU | |
| Case Name: | MALCOLM, DONALD JAMES | |
| | MALCOLM, GINA ANN | |
| Taxpayer ID No: | *******3561 | |
| For Period Ending: | 02/26/08 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3889  Interest earning MMA Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t  Funds Transfer
C  Bank Cleared

| Account  *******3889 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 1 | Deposits | 7,948.00 | 2 | Checks | 13.77 |
| 22 | Interest Postings | 131.16 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $   8,079.16 | | | |
| | | | | Total | $   13.77 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $   8,079.16 | | | |

/s/     GINA B. KROL

Trustee's Signature: _____ Date: 02/26/08

GINA B. KROL

LFORM2T4

Ver: 12.62a