UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| MALCOLM, DONALD JAMES ) | Case No. 05-55975-SQU | |
| MALCOLM, GINA ANN ) | | |
| Debtor(s). ) | Hon. CAROL A. DOYLE | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:     U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, IL 60604

    On: **April 17, 2008**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $8,079.16 |
    | Disbursements | $13.77 |
    | Net Cash Available for Distribution | $8,065.39 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | GINA B. KROL<br>*Trustee Compensation* | $0.00 | $1,557.92 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:  None

7. Claims of general unsecured creditors totaling $24,821.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 26.2200% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Target National Bank (F.K.A. Retail | $2,061.02 | $540.33 |
| 000002 | Target National Bank (F.K.A. Retail | $254.80 | $66.80 |
| 000003 | Alexian Brothers Med Center | $660.53 | $173.17 |
| 000004 | Ge Consumer Finance | $5,890.40 | $1,544.27 |
| 000005 | Kohl"S Department Store | $1,090.09 | $285.79 |
| 000006 | Kohl"S Department Store | $992.48 | $260.20 |
| 000008 | Citibank (Usa) N.A. | $1,246.71 | $326.85 |
| 000009 | Ecast Settlement Corporation Assign | $12,625.77 | $3,310.06 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Estate | $235,000.00 |
| Timeshare | 14,000.00 |
| Cash | 50.00 |
| Bank Accounts | 700.00 |
| Household Goods | 900.00 |
| Books | 300.00 |
| Clothes | 300.00 |
| Car | 2,300.00 |

Dated: **March 13, 2008**                               For the Court,

                                          By:   **KENNETH S. GARDNER**
                                                   CLERK OF BANKRUPTCY COURT
                                                   KENNETH S. GARDNER

Trustee:      Gina B. Krol
Address:     105 West Madison Street
                Suite 1100
                Chicago, IL  60602-0000
Phone No.:   (312) 368-0300

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1              Date Rcvd: Mar 13, 2008
Case: 05-55975                Form ID: pdf002          Total Served: 41

The following entities were served by first class mail on Mar 15, 2008.
 db          +Donald James Malcolm,    212 Walnut Dr,    Streamwood, IL 60107-1250
 jdb         +Gina Ann Malcolm,    212 Walnut Drive,    Streamwood, IL 60107-1250
 aty         +Daniel J. Rice,    Law Office of Daniel J. Rice,    1001 South Harlem Avenue,
               Forest Park, IL 60130-2380
 tr          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
10266011    +ATG Credit LLC,    P.O. Box 14895,    Chicago, IL 60614-0895
10266008    +Alexian Brothers Med Center,    1555 Barrington Rd.,    Hoffman Estates, IL 60169-1019
10266009    +American Collections,    919 Estes Court,    Schaumburg, IL 60193-4436
10266010    +American Home Mortgage Servicing,    P.O. Box 631730,    Irving, TX 75063-0002
10266012    +Bluegreen Corporation,    P.O. Box 810758,    Boca Raton, FL 33481-0758
10266013    +Calvary,    P.O. Box 1030,    Hawthorne, NY 10532-7509
10266014     Capital One,    P.O. Box 790216,    St. Louis, MO 63179-0216
10266015    +Cary Bortnick MD,    303 E. Army Trail Rd #100,    Bloomingdale, IL 60108-2140
10696799    +Citibank (USA) N.A.,    P O BOX 182149,    Columbus, OH 43218-2149
10266016    +Dependon Collection Service,    7627 W. Lake St #200,    River Forest, IL 60305-1878
10266017    +Dr. Carter Garnett Dalton & Lin,    201 E. Huron St #10-200,    Chicago, IL 60611-2994
10266018    +Dr. Kiran Patari DDS,    1660 Churchile Rd,    Schaumburg, IL 60195-2919
10639695    +GE Consumer Finance,    For GE Money Bank,    dba Preferred Flooring,    P.O. BOX 960061,
               Orlando, Fl 32896-0061
10266019     GE Money Bank,    P.O. Box 960061,    Orlando, FL 32896-0061
10266020     Germbusters,    1975 Lin Lor Lane #30,    Elgin, IL 60123-4908
10266021     Hemotology Oncology Assoc.,    1365 Payspere Circle,    Chicago, IL 60674-0013
10266022     Home Depot Credit Services,    P.O. Box 689100,    Des Moines, IA 50368-9100
10266023     Illinois Collection Service Inc,    P.O. Box 646,    Oak Lawn, IL 60454-0646
10596308    +Illinois Dept of Human Services,    100 S Grand Ave E,    Springfield, IL 62762-0002
10266024    +Kanu Panchal MD,    4309 Medical Center Dr. #B305,    McHenry, IL 60050-8418
10654607    +Kohl's Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
10266025    +Kohl's Payment Center,    P.O. Box 2983,    Milwaukee, WI 53201-2983
10266026    +MEA-AEA LLC,    900 Oakmont Lane,    Westmont, IL 60559-5530
10266005    +Malcolm Donald James,    212 Walnut Dr,    Streamwood, IL 60107-1250
10266006    +Malcolm Gina Ann,    212 Walnut Dr,    Streamwood, IL 60107-1250
10266028    +Moving On Up Inc,    684 Bonded Parkway,    Streamwood, IL 60107-1839
10266029    +Neopath,    520 E. 22nd St,    Lombard, IL 60148-6110
10266007    +Peggy Ann Doheny,    711 South Blvd,    Oak Park, IL 60302-2926
10266030     Pellettieri & Associates LTD,    991 Oak Creek Dr.,    Lombard, IL 60148-6408
10266031     Radiologist Consultants Of Woodstock,    36311 Treasury Center,    Chicago, IL 60694-6300
10266032     Sears Charge Plus,    P.O. Box 182149,    Columbus, OH 43218-2149
10266033    +St John Evangelist Church,    502 S. Park Blvd.,    Streamwood, IL 60107-2060
10266034     Target National Bank,    P.O. Box 59231,    Minneapolis, MN 55459-0231
10610179    +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10266035     Union Plus Credit Card,    P.O. Box 17051,    Baltimore, MD 21297-1051
10266036     Wilshire Credit Corporation,    P.O. Box 8517,    Portland, OR 97207-8517
10819420     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480
The following entities were served by electronic transmission on Mar 14, 2008.
10266036      E-mail/Text: WCCEBMB@WIN.ML.COM                            Wilshire Credit Corporation,
               P.O. Box 8517,    Portland, OR 97207-8517
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10266027*    +MEA-AEA LLC,    900 Oakmont Lane,    Westmont, IL 60559-5530
                                                                                          TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date:** Mar 15, 2008                **Signature:** *Joseph Speetjens*